# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
      Plaintiff )
)
vs. )
)
*Miguel Cedeno-Martinez* )
)
    Defendant(s) )
)
)

CRIMINAL NO. *07MJ2658*

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Angelica Valdez-Legaria*

DATED: *11-29-07*

**RECEIVED** _____
               **DUSM**

**NITA L. STORMES**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

**W. SAMUEL HAMRICK, JR.   Clerk**

by _____
           **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

          ☆ U.S. GPO: 2003-581-774/70082